UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.                                           CRIMINAL ACTION NO.
                                             3:04CR00138 (JCH)
MICHELLE GROOM,
    Defendant.
                                             APRIL 21, 2008

ORDER TO SHOW CAUSE

The Defendant is hereby ORDERED to SHOW CAUSE, by June 20, 2008, why the defendant ought to be granted relief pursuant to 18 U.S.C. § 3582(c)(2) and 994(u), as well as Amendment 706 to the U.S.S. Guidelines.

The Government is to respond no later than July 21, 2008

The court has reviewed a supplemental Presentence Report prepared by the Probation Office that suggests the defendant is ineligible because the Amendment does not lower the applicable guideline range, U.S.S.G. 1B1.10, comment. (n.1.(A)). Defendant was sentenced to a mandatory minimum sentence.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 21st day of April, 2008.

                                        /s/ Janet C. Hall
                                        Janet C. Hall
                                        United States District Court